JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE NOYPITZ BAR & RESTAURANT LLC, et al., <br><br> Defendants. | Case No. CV 23-5374 FMO (MRWx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, (Dkt. 21, Response to OSC Re: Dismissal for Lack of Prosecution), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than September 29, 2023, to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 31st day of August, 2023.

/s/
Fernando M. Olguin
United States District Judge